UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
Eastern Division

Glen Ryan
                      Plaintiff,

v.                                               Case No.: 1:17−cv−03527
                                                           Honorable Jorge L. Alonso

JBM Golf Properties LLC
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, April 26, 2018:

      MINUTE entry before the Honorable Jorge L. Alonso: A stipulation to dismiss has been filed as part of the parties' joint status report [19]. This case is dismissed. Status hearing previously set for 4/26/18 is stricken. Civil Case Terminated. Notices mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.